UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANJA CHARLETON,

                  Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

                 Defendant.

CASE NO. 2:26-cv-01357-GJL

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $405.00 Court filing fee. The Court **ORDERS**:

1.     The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

2.     The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 1

3.      No later than **seven (7) days** following the Court's notification to the Commissioner of the commencement of the action as provided for in this Order, Plaintiff shall provide the United States Attorney's Office with Plaintiff's full name and social security number (or in the alternative, Plaintiff's Beneficiary Notice Code), either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, Washington 98101.

4.      Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within **sixty (60) days** of the date of this Order.

Dated this 24th day of April, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 2